No. 329, Misc. VILLARREAL *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *John J. Pichinson* for petitioner.

No. 342, Misc. DUNCAN *v.* MAINE. Supreme Judicial Court of Maine. Certiorari denied.

No. 350, Misc. REECE *v.* RHAY, PENITENTIARY SUPER-INTENDENT, ET AL. Supreme Court of Washington. Certiorari denied.

No. 362, Misc. McINTYRE *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *John Saleh* for petitioner.

No. 364, Misc. JENKOT *v.* PATE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 381, Misc. JERONIS *v.* BANNAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 384, Misc. MIDGETT *v.* WARDEN, MARYLAND PENITENTIARY. Court of Appeals of Maryland. Certiorari denied.

No. 411, Misc. POLLARD *v.* BANNAN, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 369, Misc. BALLARD *v.* COCHRAN, CORRECTIONS DIRECTOR. Supreme Court of Florida. Certiorari denied.